FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.Y., a minor by and through his parents,<br><br>Plaintiff,<br><br>vs.<br><br>VISALIA UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendant. | No. CV-F-06-1407 OWW/DLB<br><br>ORDER GRANTING IN PART AND DENYING IN PART PARENTS' MOTION TO PROCEED *IN PRO PER* (Doc. 41) |

Victor and Jodi Yost, parents of the minor Plaintiff R.Y., move to remove Roberts & Adams as counsel and to substitute themselves as counsel of record.

To the extent that the Yosts seek to represent themselves in connection with their own claims under the IDEA, the motion is GRANTED. *Winkleman ex rel. Winkleman v. Parma City School District*, ___ U.S. ___, 127 S.Ct. 1994 (2007).

The Supreme Court, however, did not decide whether the IDEA entitles parents to litigate their child's claims *pro se*. *Id.*,

at 2007. Ninth Circuit authority does not permit a parent to represent a child *pro se*. *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir.1997). To the extent the Yosts' motion seeks to substitute themselves as counsel for R.Y., the motion is DENIED. Roberts & Adams remain counsel for R.Y. in this action.

Dated: 1-8, 2008

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE