UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
R.Y., etc.,                          )
                                     )   1:06-CV-1407 OWW DLB
                                     )
             Plaintiff,              )
                                     )
     v.                              )   ORDER DISMISSING ACTION
                                     )
VISALIA UNIFIED SCHOOL DISTRICT,     )
et al.,                              )
                                     )
             Defendant.              )
                                     )
                                     )
```

Pursuant to the stipulation of the parties, the above matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

**Dated:   May 17, 2008**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

1